

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>ISHAK WILLIAM MOUSSA,<br><br>Debtor. | Chapter 13<br><br>BK. No.  8:09-12154ES<br><br>Adv. No.  8:09-01254ES |
| ISHAK WILLIAM MOUSSA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>Defendant. | ORDER GRANTING DEFAULT JUDGMENT<br><br>Date:  July 2, 2009<br>Time:  9:30 a.m.<br>Place:  Courtroom 5A |

The Court conducted a hearing on the "Motion For Default Judgment", (the "Motion") at the above-captioned time and place.  Appearances were made as noted on the court's record.  The moving party has failed to lodge an order pursuant to Local Bankruptcy Rule 9021-1(1)(a).  Based upon the evidence presented, it is

ORDERED that the Motion is granted.

DATED: AUG 13 2009

ERITHE A. SMITH
United States Bankruptcy Judge

CERTIFICATE OF MAILING

I hereby certify that copies of the ORDER GRANTING MOTION DEFAULT JUDGMENT were mailed on **AUG 1 8 2009**, to the following parties and other parties-in-interest listed below:

Gregory J. Doan, Esq.
25401 Cabot Road, Suite 119
Laguna Hills, CA  92653

Amrane Cohen, Esq.
770 The City Drive South
Suite #3300
Orange, CA 92868

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410

First Horizon Home Loans
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

First Horizon Home Loan
4000 Horizon Way
Irving, TX  75063

Joe L. Price (CFO)
 Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255

Bank of America
Attn: Bankruptcy Department
4141 Piedmont Pkwy
Greensboro, NC 27410

Bank of America, N.A.
P.O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

_____
Deputy Clerk