| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>**Gregory J. Doan    SBN: 165174**<br>**635 Camino De Los Mares, Suite 100**<br>**San Clemente, CA 92673**<br><br>*Attorney for* **Ishak William Moussa** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 17 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Ishak William Moussa,

Debtor.

| | |
|---|---|
| Ishak William Moussa,<br><br>Plaintiff(s),<br><br>vs.<br><br>Bank of America,<br><br>Defendant(s). | CHAPTER 13<br>CASE NUMBER 8:09-bk-12154-ES<br>ADVERSARY NUMBER<br>8:09-ap-01254-ES<br>DATE: 7/2/2009<br>TIME: 9:30 A.M.<br>COURTROOM: 5A |

# DEFAULT JUDGMENT
## (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*):
   and against Defendant (*specify name*):

2. a. ☐ Plaintiff is awarded damages in the following amount:         $
   b. ☐ Plaintiff is awarded costs in the following amount:           $
   c. ☐ Plaintiff is awarded attorney fees in the following amount:   $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment
      (*Specify date from which interest shall begin to run*):
   e. ☒ Plaintiff is granted the following relief (*specify*):

Declaratory Judgment that Bank of America's second deed of trust in the underlying real estate is avoided and that this claim of Bank of America and its successors and assigns against Ishak William Moussa and estate are wholly unsecured claim as conditioned by the attachment.

☐ See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under:   ☐ Bankruptcy Code §523(a)_____
                                                                            ☐ Other (*specify*):

*(This Order is continued on the next page.)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 2

F 9021-1.4

| In re:<br>Ishak William Moussa, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:09-ap-01254-ES |

4. ☒ The Court further adjudges as follows:   ☐ See Attached Page

The lien and claim of Bank of America and its successors and assigns are determined to be completely unsecured in this Chapter 13 case.

Upon completion of all plan payments and entry of discharge in this case pursuant to 11 U.S.C. 1328, the lien will be void and will not constitute an encumbrance on the following described property: 1040 W. MacArthur Blvd. # 80, Santa Ana, CA 92707.

Any corresponding proof of claim of Bank of America and its successors and assigns shall be treated as a general unsecured creditor under the Chapter 13 plan.

Upon completion of all plan payments and entry of a discharge in this case, Bank of America and its successors and assigns are requested to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien as to the above-described property.

Should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. 1328, THE LIEN SHALL REMAIN VALID.

###

DATED: September 17, 2009

_Erithe A. Smith_
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                F 9021-1.4

Default Judgment (Without Prior Judgment) – *Page* 3                                                                F 9021-1.4

| In re:<br>Ishak William Moussa, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:09-ap-01254-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673

A true and correct copy of the foregoing document described _____Default Judgment Order to Avoid Second Trust Deed of Bank of America_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen efile@ch113ac.com
Gregory J. Doan ecf@doanlaw.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entities) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 4                                      **F 9021-1.4**

| In re:<br>Ishak William Moussa,<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 8:09-ap-01254-ES |
|---|---|

| 5/28/2009   Christina Lee | /s/ Christina Lee |
|---|---|
| *Date*           *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

First Horizon Home Loans
C/O CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

First Horizon Home Loans
4000 Horizon Way
Att: Bankruptcy
Irving, TX 75063

Joe L. Price (CFO)
Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255

Bank of America
Manager of Bankruptcy Department
4141 Piedmont Pkwy
Greensboro, NC 27410

Bank of America, N.A.
P.O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 9021-1.4**

| In re:<br>Ishak William Moussa, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:09-ap-01254-ES |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)      Default Judgment Order to Avoid Second Trust Deed of Bank of America
and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amrane Cohen efile@ch113ac.com
Gregory J. Doan ecf@doanlaw.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                      F 9021-1.4

Case 8:09-ap-01254-ES    Doc 7    Filed 09/17/09    Entered 09/17/09 16:28:38    Desc
Main Document    Page 6 of 6
Default Judgment (Without Prior Judgment) – *Page* 6

F 9021-1.4

| In re:<br>Ishak William Moussa, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:09-ap-01254-ES |

First Horizon Home Loans
C/O CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

First Horizon Home Loans
4000 Horizon Way
Att: Bankruptcy
Irving, TX 75063

Joe L. Price (CFO)
Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255

Bank of America
Manager of Bankruptcy Department
4141 Piedmont Pkwy
Greensboro, NC 27410

Bank of America, N.A.
P.O. Box 26012
NC4-105-03-14
Greensboro, NC  27420

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9021-1.4