| In re: | CHAPTER: **13** |
|---|---|
| **Ishak William Moussa** | |
| Debtor(s) | CASE NUMBER: **8:09-ap-01254-ES** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**635 CAMINO DE LOS MARES, SUITE 100, SAN CLEMENTE, CA 92673**

The foregoing document described **"Entered" Dafault Judgement Order to Avoid Second Trust Deed of Bank of America, N.A.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/22/2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen          efile@ch13ac.com
Gregory J Doan        ecf@doanlaw.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/22/2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F R Civ P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| **9/22/2009** | **GAVIN AYLWARD** | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory  It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

| In re:<br>**Ishak William Moussa**<br>Debtor(s) | CHAPTER **13**<br>CASE NUMBER 8:09-ap-01254-ES |
|---|---|

Honorable Erithe A. Smith
United States Bankruptcy Court - Central District
Ronald Reagan Federal Building & United States Courthouse
411 West Fourth Street, Suite # 5041
Santa Ana, CA 92701-4593

First Horizon Home Loans
C/O CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

First Horizon Home Loans
4000 Horizon Way
Att: Bankruptcy
Irving, TX 75063

Joe L. Price (CFO)
Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28255

Bank of America
C/O C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009    F 9013-3.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037    Best Case Bankruptcy